## IN THE UNITED STATES DISTRICT COURT

VINCENT SCOTT, PRO SE, TRUSTEE FOR
THE VINCENT J SCOTT SPECIAL TRUST
AND FOR HIMSELF,

    PLAINTIFF,

V.

CASE # 05 - 10838 GAO



NATIONAL INSTITUTES OF HEALTH (NIH) DIRECTORS SINCE 1979,
OFFICIALLY, UNITED STATES POSTAL SERVICE (USPS) DIRECTORS SINCE
2000, OFFICIALLY; JOHNS HOPKINS UNIVERSITY AND DAVID SIDRANSKY,
OFFICIALLY AND INDIVIDUALLY, THE DAVID SIDRANSKI GROUP OF JOHNS
HOPKINS MEDICAL RESEARCH SCIENTISTS;
XIAODONG WANG, OFFICIALLY AND INDIVIDUALLY

    DEFENDANTS.

### APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

*I*, VINCENT SCOTT pro se declare, under penalty of
perjury that I am the plaintiff in the above entitled case and that
the information I offer throughout this application is true and
correct. I offer this application in support of my request to
proceed without being required to prepay the full amount of fees,
costs or give security. I state that because of my poverty I am
unable to pay the costs of this action or give security, and that I
believe that I am entitled to relief. In support of this application,
I provide the following information:

I have been partly medically disabled for more than four years and work only part time earning between $900 and $1,200 a month from which i pay taxes, rent of $386, auto expense of about $150 and food with the balance each month. I receive food supplement of $150. But no other allowance in the way of direct financial support except part time work with about $150 a week salary. My car is disabled and worth about $200. I own no other assets.

The claims presented here are true and well-founded in fact and law. I believe i will be able to prove the claims based upon evidence i have in my possession and evidence which will be produced on discovery.

**Request for counsel appointment**

Please ask an attorney of the bar of the court who is experienced in the matters presented in the compaint to assist me in this case as advisor or co-counsel. I am unable to travel due to financial and other reasons.

4/14/05

*/s/ Scott*

Respectfully submitted,

Vincent Scott, pro se, trustee for
The Vincent J. Scott Special Trust
And for himself
5868 e 71st st #131
Indianapolis IN 46220