UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE VINCENT SCOTT**
       **Plaintiff**

     v.    **Civil Action No.  05-10838-GAO**

**NATIONAL INSTITUTE OF HEALTH, ET AL**
       **Defendant**

## ORDER OF DISMISSAL

**O'TOOLE        ,D.J.**

    In accordance with this Court's order dated  **FEBRUARY 7, 2006**  , and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2), it is ORDERED that the within action be and it is hereby dismissed.

                                             By the Court,

                                             **PAUL S. LYNESS**

                                             **Deputy Clerk**

Date **APRIL 3, 2006**

(Dismissal 1915.wpd - 12/98)                      [odism.]